IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3096 |
| v. | ) | |
| RICHARD L. GATHERCOLE, | ) | ORDER |
| Defendant. | ) | |

After careful consideration,

IT IS ORDERED that Defendant's objection (filing no. 64) to Magistrate Judge's Order is denied.

DATED this 25th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge