IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD L. GATHERCOLE,<br><br>    Defendant. | 4:17CR3096<br><br>**ORDER** |

   IT IS ORDERED that the Court will undertake an initial review of the defendant's § 2255 motion, Filing no. 106, in due course.

   Dated this 29th day of April, 2020.

                                        BY THE COURT:

                                        *Richard G. Kopf*

                                        Richard G. Kopf
                                        Senior United States District Judge