IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

RICHARD L. GATHERCOLE,

           Defendant.

4:17CR3096

**ORDER**

IT IS ORDERED that:

(1) Government's counsel and the clerk of court shall provide the defendant with copies of filings at the address provided in Filing no. 111.

(2) The clerk shall add the defendant's address on the CM/ECF docket sheet.

(3) To the extent the motion requests further relief, the motion is denied.

(4) The clerk shall provide a copy of this order to the defendant.

Dated this 19th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge