IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD L. GATHERCOLE,

Defendant.

**4:17CR3096**

**ORDER**

IT IS ORDERED that the Plaintiff's Motion to Extend Deadline to File Responsive Brief (Filing no. 113) is granted. The Plaintiff shall file an answer and responsive brief addressing *all* the claims in the motion, filing no. 106 and filing no. 107, no later than July 27, 2020. The defendant may file a reply no later than August 11, 2020.

Dated this 26th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge