IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>RICHARD L. GATHERCOLE,<br><br>              Defendant. | 4:17CR3096<br><br>ORDER |

    IT IS ORDERED that Plaintiff's motion to extend deadline to file responsive brief (Filing 117) is granted. Plaintiff shall file an answer and responsive brief addressing all the claims in the motion (Filings 106 and 107) on or before September 4, 2020. Defendant may file a reply on or before September 21, 2020.

    Dated this 24th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
