IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                               **4:17CR3096**

          vs.

RICHARD L. GATHERCOLE,                              **ORDER**

                    Defendant.

          IT IS ORDERED that Defendant's Motion to Appoint Counsel (Filing 122)
is denied without prejudice.

          Dated this 3rd day of September, 2020.

                                        BY THE COURT:

                                        *Richard G. Kopf*

                                        Richard G. Kopf
                                        Senior United States District Judge