IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3096 |
| vs. | |
| RICHARD L. GATHERCOLE, | ORDER |
| Defendant. | |

    Mr. Gathercole has filed a motion to dismiss without prejudice, essentially claiming that he cannot respond to the government because of Covid-19. (Filing 128.) I would like the advice of counsel for the government.

    IT IS ORDERED that counsel for the government shall respond to the motion for voluntary dismissal (Filing 128) on or before October 13, 2020.

    Dated this 29th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge