IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3096 |
| vs. | |
| RICHARD L. GATHERCOLE, | ORDER |
| Defendant. | |

After careful consideration,

IT IS ORDERED that:

(1)   Defendant Gathercole's motion for leave to supplement (Filing 116) is denied.

(2)   Defendant Gathercole's motion for voluntary dismissal without prejudice (Filing 128) is denied.

(3)   Defendant Gathercole's motion for transcripts and docket sheet (Filing 129) is denied.

(4)   Plaintiff's motion to file response out of time (Filing 131) is granted.

(5)   Defendant Gathercole shall file a response to Plaintiff's answer (Filing 123) and response (Filing 124) on or before November 18, 2020.

Dated this 19th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge