IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD L. GATHERCOLE,<br><br>　　　　　　　Defendant. | 4:17CR3096<br><br>**ORDER** |

　　　Based on the government's response (Filing 132),

　　　IT IS ORDERED that the defendant's motion to proceed in forma pauperis is denied because it is frivolous.

　　　Dated this 2nd day of November, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　Senior United States District Judge