IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GATHERCOLE,<br><br>Defendant. | 4:17CR3096<br><br>**JUDGMENT** |

IT IS ORDERED that judgment is entered dismissing the pending § 2255 motion and any amendments or supplements thereto with prejudice. No certificate of appealability has been or will be issued.

Dated this 30th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge