IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GATHERCOLE,<br><br>Defendant. | 4:17CR3096<br><br>**ORDER** |

After careful consideration,

IT IS ORDERED that the defendant's motion for copies/to obtain records (Filing 153) is denied.

Dated this 9th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge